UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees for the Michigan
Carpenters' Council Pension
Fund, et al.,

    Plaintiffs,

v.

S and D, Inc.,

    Defendant.

_____/

Case No. 1:10-cv-815

HONORABLE PAUL L. MALONEY

## ORDER TO SHOW CAUSE

The court records reflect that plaintiffs served a summons and complaint on defendant on August 27, 2010, and defendant has failed to file a response within the time allowed in the court rules. The court records further indicate that plaintiffs have failed to enter a default. Therefore,

**IT IS HEREBY ORDERED** that plaintiffs shall either apply for entry of default within twenty-eight (28) days of the date of this order or show cause in writing why the Court should not dismiss the case against S and D, Inc. for lack of prosecution pursuant to W.D. Mich, LCivR 41.1

Date: November 1, 2010            /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               Chief United States District Judge