UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES FOR THE MICHIGAN
CARPENTERS' COUNCIL PENSION
FUND, et al,

    Plaintiffs,

v.

S AND D, INC.,

    Defendants.
_____/

Case No. 1:10-cv-815

HONORABLE PAUL L. MALONEY

## ORDER REGARDING DEFAULT JUDGMENT

It appearing that default was entered against defendant S and D, Inc. on November 30, 2010. It further appearing that plaintiff has not applied for Judgment by Default against said defendant. Therefore,

**IT IS HEREBY ORDERED** that plaintiff shall submit pleadings necessary to obtain a judgment against said defendant(s) pursuant to either Fed.R.Civ.P. 55(b)(1) or 55(b)(2) by **January 10, 2011**.

**IT IS FURTHER ORDERED** that failure to comply with this Order may result in dismissal of this case for lack of prosecution pursuant to W.D. Mich.LCivR 41.1.

Dated: December 15, 2010

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge