UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TRUSTEES FOR THE MICHIGAN CARPENTERS' COUNCIL PENSION FUND, TRUSTEES FOR THE MICHIGAN CARPENTERS' COUNCIL HEALTH AND WELFARE FUND, TRUSTEES FOR THE MICHIGAN CARPENTERS' COUNCIL APPRENTICESHIP AND TRAINING FUND, AND TRUSTEES FOR THE MICHIGAN CARPENTERS' COUNCIL ANNUITY FUND, | Docket No. 1:10-cv-815<br><br>Honorable Paul L. Maloney<br>Chief U.S. District Judge |

Plaintiffs,

v

S AND D, INC., d/b/a CAPITAL TILE, INC., a Michigan Corporation,

Defendant.

SCOTT GRAHAM
SCOTT GRAHAM PLLC
Attorney for Plaintiffs
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
Telephone: (269) 327-0585

## DEFAULT JUDGMENT

AT A SESSION OF THE U.S. DISTRICT COURT FOR
THE WESTERN DISTRICT OF MICHIGAN
HELD ON THE 12th DAY OF January, 2011

PRESENT: HONORABLE PAUL L. MALONEY
CHIEF U.S. DISTRICT JUDGE

It appearing from the files and records that an Affidavit for Entry of Default and Entry of Default have been duly filed and the Defendant has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure, and the Plaintiffs' Complaint being for a specific form of relief in the form of the immediate payment of amounts due and owing from Defendant, and the

Plaintiffs' attorney having filed with this Court an Affidavit of Plaintiffs' Counsel Regarding Attorney Fees and Costs and the Court being fully advised in the premises therein:

**NOW THEREFORE, IT IS ORDERED AND ADJUDGED** that a Default Judgment enters in favor of Plaintiffs and against Defendant in the amount of Seventeen Thousand Twenty-One and 56/100 Dollars ($17,021.56).

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant shall immediately pay all contributions that are due, and shall pay all contributions that accrue from this date forward in a timely manner.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs shall be entitled to an award of reasonable attorney fees and costs incurred in collecting this Judgment.

                                                         /s/   Paul L. Maloney
                                                         Honorable Paul L. Maloney
                                                         Chief U.S. District Judge